UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RICHARD MILLER,                       Civil No. 09-3293 JMR/AJB

    Plaintiff,

      v.                                       O R D E R

THERESA BOWLES,

    Defendant.

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated November 23, 2009, all the files and records, and no objections having been filed to said Recommendation,

IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis, (Docket No. 2), is **DENIED**; and

2. This action is summarily **DISMISSED** for lack of jurisdiction.

DATED: December 21, 2009.

                                       s/James M. Rosenbaum
                                       Judge James M. Rosenbaum
                                       U. S. District Court